## TOWN OF BRISTOL

v.

## Douglas ALLIGOOD.

### No. 83–280–M.P.

Supreme Court of Rhode Island.

June 23, 1983.

Joseph J. Recupero, Providence, for petitioner.

Edward C. Clifton, Providence, for respondent.

### ORDER

The petition for writ of certiorari is granted.

## TOWN OF FOSTER

v.

## RHODE ISLAND STATE LABOR RELATIONS BOARD.

### No. 83–187–M.P.

Supreme Court of Rhode Island.

June 23, 1983.

Vincent F. Kane, Providence, for petitioner.

Bradford Gorham, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

## WESTERN ELECTRIC CO., INC.

v.

## John H. NORBERG, Tax Administrator.

### No. 83–286–M.P.

Supreme Court of Rhode Island.

June 23, 1983.

Christopher H. Little, Providence, for petitioner.

Marcia McGair Ippolito, Division of Taxation, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.